CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 30 2009

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

EDWARD J. EGAN, )
)
Petitioner, ) Case No. 7:09CV00145
)
v. )
) **FINAL ORDER**
UNITED STATES OF AMERICA, )
) By: Glen E. Conrad
Respondent. ) United States District Judge
)

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for a writ of coram nobis, which the court construes as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as successive, petitioner's motion to proceed in forma pauperis is **DISMISSED** as moot, and this action is stricken from the active docket of the court.

ENTER: This 30th day of April, 2009.

_____
United States District Judge